Shannon Sessums   Tr. Ct. No. CR02060

COA No. 06-14-00017-CR
PD-1551-14

Justice may require:

Concerning the Accusations of being an Aryan Circle White Supremacist, White Supremacist do not, I repeat, DO NOT marry outside the white race. My Ex-wife, "Do to the courts making her divorce me", is Half Hondurus. That's a fact showing, the court should have never prejudiced that Jury with saying I'm a white Supremacist. I myself am even not 100% WHITE. There's Cherokee in my blood. I have no membership or Affiliation with the Aryan Circle. My eyes are blue and I was born with blonde hair but, thats another story!

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk